# EXHIBIT A

# Marie Kim

| | |
|---|---|
| **From:** | Stahl, David <dstahl@cozen.com> |
| **Sent:** | Tuesday, December 21, 2021 10:46 PM |
| **To:** | Joseph Sacher; Adam Ruff; Marie Kim |
| **Cc:** | Gale, James; Sanabria, Suzanna; Mendoza, Jennifer; Lewis, Samuel; Gale, Jonathan |
| **Subject:** | RE: RE: MOTDGD ltd v PLAYWIRE LLC - 20-CV-60199-Dimitrouleas/Snow - Request for Deposition Dates |

Hi Joe,

Patrick Wall, Paul Lewis, and Plaintiffs' 30(b)(6) designee(s) can be available for depositions on January 18, 19, and 20. Since the only other available date that all counsel have indicated availability prior to the January 20 deadline is January 7, 2022, we have noticed the deposition of non-party Jared Fox for that date.

Regards,

David



**David Stahl**
**Member | Cozen O'Connor**
Southeast Financial Center 200 South Biscayne Blvd, Suite 3000 | Miami, FL 33131
P: 305-397-0807 F: 305-720-2248
Email | Bio | Map | cozen.com

---

**From:** Joseph Sacher <jsacher@grsm.com>
**Sent:** Monday, December 20, 2021 9:05 AM
**To:** Stahl, David <dstahl@cozen.com>; Adam Ruff <aruff@grsm.com>; Marie Kim <mkim@grsm.com>
**Cc:** Gale, James <jgale@cozen.com>; Sanabria, Suzanna <ssanabria@cozen.com>; Mendoza, Jennifer <jmendoza@cozen.com>; Lewis, Samuel <slewis@cozen.com>; Gale, Jonathan <jegale@cozen.com>
**Subject:** RE: RE: MOTDGD ltd v PLAYWIRE LLC - 20-CV-60199-Dimitrouleas/Snow - Request for Deposition Dates

**\*\*EXTERNAL SENDER\*\***

Hi David,

First, thank you for forwarding the draft. Although I am sympathetic to the current timing situation, I was not in a position to agree on behalf of our client when we spoke last week. Following receipt of your motion, we discussed the request and the Court's current timetables with our client. Playwire does not agree to the requested extension.

Second, since we did not get clear confirmation ahead of time that MOTDgd would be producing its documents on Friday, and based on my unavoidable travel plans on Friday, we were not able to coordinate a last-minute reciprocal production. However, Playwire's production is being made to you this morning. It is not 80,000 documents as you suggest due to the extensive work performed by FTI to reduce that number to a far lower number. That took time and money, as I'm sure you have experienced in other matters. There is no basis to imply a need for a motion to compel Playwire's documents.

Further, your email suggests that we have never produced Playwire's policy to you, but that is completely misplaced. To the contrary, the policy was produced to James Gale and Samuel Lewis in May of 2020, bearing Bates Stamp numbers PW 000001 to PW 0000047.

Third, Marie will circulate an updated proposed motion and related protective order for your review and approval.

Last, the dates that you chose for Playwire depositions, unilaterally, were not coordinated or confirmed with us, so we will need to get back to you on those. I have unrelated scheduling issues that need to be coordinated and will get back to you later this week to try to hammer out dates for all depos, of both sides' witnesses, which I would like us to have worked out by next week. Thank you.

I continue to be on my vacation in a hotel room with my family in NYC, but I am doing my best to provide timely responses to you and your team. I will not be in front of a computer again until tomorrow.

Happy Holidays,
Joe

---

**JOSEPH A. SACHER**  |  Partner

**GORDON REES SCULLY MANSUKHANI**
**YOUR 50 STATE PARTNER**®

Visit our COVID-19 HUB

Miami Tower
100 SE Second Street, Suite 3900
Miami, FL 33131
D: 305-428-5339  |  jsacher@grsm.com

www.grsm.com

> **From:** Stahl, David <dstahl@cozen.com>
> **Sent:** Friday, December 17, 2021 5:17 PM
> **To:** Joseph Sacher <jsacher@grsm.com>; Adam Ruff <aruff@grsm.com>; Marie Kim <mkim@grsm.com>
> **Cc:** Gale, James <jgale@cozen.com>; Sanabria, Suzanna <ssanabria@cozen.com>; Mendoza, Jennifer <jmendoza@cozen.com>; Lewis, Samuel <slewis@cozen.com>; Gale, Jonathan <jegale@cozen.com>
> **Subject:** RE: RE: MOTDGD ltd v PLAYWIRE LLC - 20-CV-60199-Dimitrouleas/Snow - Request for Deposition Dates
>
> Joe,
>
> Attached is the draft of the Joint Motion. As you will see, it is simple, straightforward and not complicated. As such, I am not sure as to why you would need to see the Motion before discussing the requested 30-day extension with your client. We discussed this 30-day extension of the discovery cutoff/this Joint Motion during our lengthy meet and confer on December 8, 2021, and it appeared that you agreed with this extension of time, particularly if there was any further delay of document production.
>
> Will you be producing today any of the 80,000 documents you referenced during our meet and confer? It has now taken more than 4 months for your clients to produce any documents, and you have yet to produce anything, including even the documents Playwire represented in its Counterclaim that Playwire would "produce[] in discovery", the insurance policy at issue, and the documents Playwire identified in its initial disclosures. For more than 2 months you have represented to us that your client's document production was

2

being delayed because of involvement with a third-party vendor (FTI).  Up until now, we have accepted that you have been candid in your representations to us, including during our lengthy telephone conference on December 8.

Please let us know **by 12pm Monday** whether you agree to the Joint Motion, as well as confirm the precise day when you will be producing the purported 80,000 documents.  If not, then we will be forced to file either our own Motion for Extension and/or a Motion to Compel documents.

Lastly, regarding your draft "Joint Motion for Entry of Protective Order", we are fine with the motion, but **NOT** with the exhibit/proposed order.  Please circulate a version of the Motion with the proposed order that the parties have negotiated (we are fine with change the 3 days to 5 days for disclosing information to experts).

Regards,

David



**David Stahl**
**Member | Cozen O'Connor**
Southeast Financial Center 200 South Biscayne Blvd, Suite 3000 | Miami, FL 33131
P: 305-397-0807 F: 305-720-2248
Email | Bio | Map | cozen.com

---

**From:** Joseph Sacher <jsacher@grsm.com>
**Sent:** Friday, December 17, 2021 7:00 AM
**To:** Stahl, David <dstahl@cozen.com>; Adam Ruff <aruff@grsm.com>; Marie Kim <mkim@grsm.com>
**Cc:** Gale, James <jgale@cozen.com>; Sanabria, Suzanna <ssanabria@cozen.com>; Mendoza, Jennifer <jmendoza@cozen.com>; Lewis, Samuel <slewis@cozen.com>; Gale, Jonathan <jegale@cozen.com>
**Subject:** RE: RE: MOTDGD ltd v PLAYWIRE LLC - 20-CV-60199-Dimitrouleas/Snow - Request for Deposition Dates

**\*\*EXTERNAL SENDER\*\***

David,

I was tied-up yesterday until late finishing a 40 page detailed order with findings of fact and conclusions of law, due today for my recent bench trial and not in a position to respond until now – and I am about to leave for the airport and will be traveling today.

To clarify, I am not unavailable this month; rather, I will be back on 12/23 (I think our office closes at noon) and the week of 12/27 until the NYE shutdown (but my clients are not available for deposition).

We will need to see your proposed motion and discuss with client before we can agree, so please send your draft and we will get back to you on Monday, if not before.

The proposal on confidential treatment makes sense to me.  Did you review the draft motion?  Any comments?  Let us know.

Also, do you plan to produce MOTDgd's docs today, or next week?  Please advise.

Have to run.  Thanks.

Happy Holidays,
Joe

**JOSEPH A. SACHER** | Partner

**GORDON REES SCULLY MANSUKHANI
YOUR 50 STATE PARTNER®**

Visit our COVID-19 HUB

Miami Tower
100 SE Second Street, Suite 3900
Miami, FL 33131
D: 305-428-5339 | jsacher@grsm.com

www.grsm.com

---

**From:** Stahl, David <dstahl@cozen.com>
**Sent:** Thursday, December 16, 2021 7:15 PM
**To:** Joseph Sacher <jsacher@grsm.com>; Adam Ruff <aruff@grsm.com>; Marie Kim <mkim@grsm.com>
**Cc:** Gale, James <jgale@cozen.com>; Sanabria, Suzanna <ssanabria@cozen.com>; Mendoza, Jennifer <jmendoza@cozen.com>; Lewis, Samuel <slewis@cozen.com>; Gale, Jonathan <jegale@cozen.com>
**Subject:** RE: RE: MOTDGD ltd v PLAYWIRE LLC - 20-CV-60199-Dimitrouleas/Snow - Request for Deposition Dates

Joe,

   Given your unavailability for the rest of this month and the dates that you have conflicts in January, we suggest that the parties jointly move to extend the discovery cut-off by 30 days (until February 20, 2022).   If you are agreeable, please confirm that Marie will be able to sign a joint motion that we can try to get on file tomorrow.   If you are not agreeable to moving jointly for this extension, we expect that your witnesses will appear on January 10, 11, 12 and 13.  We have a conflict on January 6, but can make one of our witnesses available on January 7, 19, and 20.

    With regard to document production, please confirm that you will agree to treat all production as attorney's eyes only until the Court enters the parties stipulated protective order.  We will agree to the same.  The one exception, of course, will be communications between the parties.

Regards,

David



**David Stahl**
**Member | Cozen O'Connor**
Southeast Financial Center 200 South Biscayne Blvd, Suite 3000 | Miami, FL 33131
P: 305-397-0807 F: 305-720-2248
Email | Bio | Map | cozen.com

---

**From:** Stahl, David
**Sent:** Thursday, December 16, 2021 4:17 PM
**To:** 'Joseph Sacher' <jsacher@grsm.com>; Adam Ruff <aruff@grsm.com>; Marie Kim <mkim@grsm.com>

4

**Cc:** Gale, James <jgale@cozen.com>; Sanabria, Suzanna <ssanabria@cozen.com>; Mendoza, Jennifer <jmendoza@cozen.com>; Lewis, Samuel <slewis@cozen.com>; Gale, Jonathan <jegale@cozen.com>
**Subject:** RE: RE: MOTDGD ltd v PLAYWIRE LLC - 20-CV-60199-Dimitrouleas/Snow - Request for Deposition Dates

Joe,

I left you a voicemail earlier today.   I would really like to talk via telephone today as my understanding from your email yesterday evening is that you are going to be out of the office starting today.

Thank you,

David



**David Stahl**
**Member | Cozen O'Connor**
Southeast Financial Center 200 South Biscayne Blvd, Suite 3000 | Miami, FL 33131
P: 305-397-0807 F: 305-720-2248
Email | Bio | Map | cozen.com

---

**From:** Joseph Sacher <jsacher@grsm.com>
**Sent:** Wednesday, December 15, 2021 5:11 PM
**To:** Stahl, David <dstahl@cozen.com>; Adam Ruff <aruff@grsm.com>; Marie Kim <mkim@grsm.com>
**Cc:** Gale, James <jgale@cozen.com>; Sanabria, Suzanna <ssanabria@cozen.com>; Mendoza, Jennifer <jmendoza@cozen.com>; Lewis, Samuel <slewis@cozen.com>; Gale, Jonathan <jegale@cozen.com>
**Subject:** RE: RE: MOTDGD ltd v PLAYWIRE LLC - 20-CV-60199-Dimitrouleas/Snow - Request for Deposition Dates

**\*\*EXTERNAL SENDER\*\***

David,

We are in the process of reviewing your corporate deposition topics with our client team and determine who will be appearing as the corporate witness(es), which may impact related scheduling.  As we discussed during our last call, it may be that the depositions are minimized and certain people are only deposed once, in both a corporate representative and individual capacity.

Please be advised that Playwire intends to take the following depositions of your folks:
- MOTDgd 30(b)(6) witness(es)
- Paul Lewis
- Patrick Wall

A draft Rule 30(b)(6) notice is attached with topics.  While our list is long that is because many of the topics tie directly to specific allegations in the Complaint, for clarity.

We obviously need to be finished with document discovery prior to the depositions.  We are led to believe by FTI that we will be in a position to produce most, if not all documents this Friday.  Please advise if you are also in a position to do the same, or if you need more time on your end.

As far as deposition scheduling, we are dealing with a number of obstacles, including holiday vacation schedules, holiday closures, and our client's related business commitments and scheduled programs.  It

looks like all of the depositions will need to be between January 10 and 20 (and I have conflicts on Friday 1/14 and 1/18 during that time).  That said, if your folks are available for deposition on 1/6 or 1/7, please let me know, and please let us know their availability for deposition between 1/6 and 1/20, other than 1/14 or 1/18.

Relatedly, we think it best to stick with the proposed protective order previously circulated with you at his point, rather than wasting time with a new version (but thank you for sharing).  Your suggested edits are fine, except that we suggest a middle ground on dates.  We are okay with most of your suggested changes to our draft, but propose that in 10(d) we change the waiting period for disclosing confidential information to experts from 10 days to 5 days rather than the 3 days you propose to give the parties a couple extra days. Also attached is the draft joint motion for entry of protective order. Let us know if you have any requested changes on the joint motion (subject to revision of the order, as well).

Please get back to us when you can about the above, any other items on your end, and the separate communications on Monday.  In that regard, please be aware that I am going to be on holiday vacation from Friday 1/17 through 1/22, with office closures shortly thereafter, so my ability to respond or convey communications may be impacted during that time.

Thank you.
Joe

---

**JOSEPH A. SACHER** | Partner

**GORDON REES SCULLY MANSUKHANI**
**YOUR 50 STATE PARTNER®**

Visit our COVID-19 HUB

Miami Tower
100 SE Second Street, Suite 3900
Miami, FL 33131
D: 305-428-5339  |  jsacher@grsm.com

www.grsm.com

---

**From:** Stahl, David <dstahl@cozen.com>
**Sent:** Tuesday, December 14, 2021 9:55 AM
**To:** Joseph Sacher <jsacher@grsm.com>; Adam Ruff <aruff@grsm.com>; Marie Kim <mkim@grsm.com>
**Cc:** Gale, James <jgale@cozen.com>; Sanabria, Suzanna <ssanabria@cozen.com>; Mendoza, Jennifer <jmendoza@cozen.com>; Lewis, Samuel <slewis@cozen.com>; Gale, Jonathan <jegale@cozen.com>
**Subject:** RE: RE: MOTDGD ltd v PLAYWIRE LLC - 20-CV-60199-Dimitrouleas/Snow - Request for Deposition Dates

Joe and Kim,

   Attached is a list of the topics that we anticipate including in the notice for the Rule 30(b)(6) deposition of Playwire's designee(s).  We are sending this list now as part of our request for

6

deposition dates for the Rule 30(b)(6) deposition and dates for the depositions of the three individuals identified in my earlier email (Jayson Dubin, Nick Branstator, Bryan Bugallo).

Regards,

David



**David Stahl**
**Member | Cozen O'Connor**
Southeast Financial Center 200 South Biscayne Blvd, Suite 3000 **|** Miami, FL 33131
P: 305-397-0807 F: 305-720-2248
Email | Bio | Map | cozen.com

---

**From:** Stahl, David
**Sent:** Friday, December 10, 2021 4:48 PM
**To:** Joseph Sacher <jsacher@grsm.com>; Adam Ruff <aruff@grsm.com>; Marie Kim <mkim@grsm.com>
**Cc:** Gale, James <jgale@cozen.com>; Sanabria, Suzanna <ssanabria@cozen.com>; Mendoza, Jennifer <jmendoza@cozen.com>; Lewis, Samuel <slewis@cozen.com>; Gale, Jonathan <jegale@cozen.com>
**Subject:** RE: MOTDGD ltd v PLAYWIRE LLC - 20-CV-60199-Dimitrouleas/Snow - Request for Deposition Dates

Joe and Kim,

   Thank you for what we believe was a productive meeting on Wednesday.  Based on the tone of the conference, our understanding is that we will work together to ensure the parties can obtain the discovery they need prior to the January 20, 2022 deadline, and that the parties will jointly seek to extend the time to complete discovery if it does not appear we will be able to meet that deadline.

    The first thing that we need to do is try to agree on dates for depositions.  During the conference, I told you that Plaintiff will be seeking to take 2-3 individual depositions and a 30(b)(6) deposition of Playwire.   The three individuals that we definitely intend to depose, in addition to the 30(b)(6) representative are:

    Jayson Dubin
    Nick Branstator
    Bryan Bugallo

Please let us know by December 14, 2021, dates between December 27, 2021 and January 14, 2022 on which each of these witnesses is available for deposition.  We also request that you let us know dates of availability for the deposition of Playwire's 30(b)(6) representative(s) such that the deposition can be completed prior to January 14, 2022.  As discussed during our call, we intend to provide you with the topics for the corporate rep deposition prior to December 14 to assist you in identifying the appropriate representatives.

     For your convenience, I have also attached a copy of the model protective order from the Northern District of California that we discussed.  I have marked up the order to be appropriate for this action.  If we were to ask the Court to enter this order rather than a version of the one that the parties have been circulating, we will need to change some of the local rule references.

Thank you,

David


**David Stahl**
**Member | Cozen O'Connor**
Southeast Financial Center 200 South Biscayne Blvd, Suite 3000 **|** Miami, FL 33131
P: 305-397-0807 F: 305-720-2248
Email | Bio | Map | cozen.com

***Notice: This communication, including attachments, may contain information that is confidential and protected by the attorney/client or other privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, including attachments, is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege.***

This email communication may contain CONFIDENTIAL INFORMATION WHICH ALSO MAY BE LEGALLY PRIVILEGED and is intended only for the use of the intended recipients identified above. If you are not the intended recipient of this communication, you are hereby notified that any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is strictly prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify us by reply email, delete the communication and destroy all copies.

**GORDON REES SCULLY MANSUKHANI, LLP**
**YOUR 50 STATE PARTNER®**
http://www.grsm.com

***Notice: This communication, including attachments, may contain information that is confidential and protected by the attorney/client or other privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, including attachments, is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege.***

***Notice: This communication, including attachments, may contain information that is confidential and protected by the attorney/client or other privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, including attachments, is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege.***

***Notice: This communication, including attachments, may contain information that is confidential and protected by the attorney/client or other privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, including attachments, is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege.***