# EXHIBIT G

# Marie Kim

| | |
|---|---|
| **From:** | Gale, James <jgale@cozen.com> |
| **Sent:** | Monday, January 10, 2022 2:25 PM |
| **To:** | Joseph Sacher |
| **Cc:** | Stahl, David; Marie Kim; Lewis, Samuel; Gale, Jonathan; Sanabria, Suzanna; Mendoza, Jennifer; Adam Ruff |
| **Subject:** | Re: MOTDgd v Playwire -- Meet and Confer Regarding Motions Relating to Branstator's and fox's Failure to Appear for Their Depositions |

Joe,

I don't Really care that you do not have enough time to devote to this matter. Please have another attorney cover for you.



**James A. Gale**
**Co-Chair, IP Litigation**
**Board Certified, Intellectual Property**
**Registered Patent Attorney**
**Shareholder | Cozen O'Connor**
30th Floor, 200 South Biscayne Blvd. **|** Miami, FL 33131
P: 305-358-1991 F: 305-720-2192 C: 954-610-5777
Email | Bio | Map | cozen.com


On Jan 10, 2022, at 2:17 PM, Joseph Sacher <jsacher@grsm.com> wrote:

**\*\*EXTERNAL SENDER\*\***

Counsel, I am about to start a Federal Court hearing (referenced in my prior emails) involving multiple parties and complex privilege issues. I do not know how long it will go, but I do plan to respond to your email today, when time permits, and provide the requested information. Thank you. Joe

---

**JOSEPH A. SACHER**  |  Partner

**GORDON REES SCULLY MANSUKHANI**
**YOUR 50 STATE PARTNER®**

**Visit our COVID-19 HUB**


Miami Tower
100 SE Second Street, Suite 3900
Miami, FL 33131
D: 305-428-5339  |  jsacher@grsm.com

www.grsm.com